**ROANNE L. MANN**  
**UNITED STATES MAGISTRATE JUDGE**

DATE: June 18, 2015  
START: 11:30 a.m.  
END: Noon

DOCKET NO: 15-CV-766 (SJ)

CASE: Dasrath v. Police Officer John Doe 1, et al.

- [x] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  |  |
|  |  |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  |  |
|  |  |
|  |  |

- [x] **FACT** DISCOVERY TO BE COMPLETED BY December 18, 2015
- [x] NEXT (settlement) CONFERENCE SCHEDULED FOR November 3, 2015 2:00pm
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosures shall be completed by July 1, 2015.

Pleadings may be amended and new parties added until July 17, 2015.

The Court defers setting a schedule for expert discovery and requests for a premotion conference.