ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: Nov. 4, 2015
START: 2:00 p.m.
END: 3:30 pm

DOCKET NO: 15-CV-766 (SJ)
CASE: Dasrath v. Police Officer John Doe 1, et al.

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☒ SETTLEMENT CONFERENCE
- ☐ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☐ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
| | Darius Wadia |
| | w/ Ansel Dasrath |
| | Anad Dasrath |

| DEFENDANT | ATTORNEY |
|---|---|
| | Raju Sundaran |
| | |
| | |

☒ FACT DISCOVERY TO BE COMPLETED BY February 26, 2016
☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The parties shall respond to the Court's settlement proposal by November 5, 2015. If the case doesn't settle, fact discovery is extended to February 26, 2016 and requests for a premotion conference are due by March 4, 2016.