UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ARNEL DASRATH,

                     **Plaintiff,**                                 **ORDER**

      -against-                                         15-CV-766 (SJ)

POLICE OFFICER JOHN DOE 1,
POLICE OFFICER JOHN DOE 2,
CITY OF NEW YORK,

                    **Defendants.**
-------------------------------------------------------------x

      Plaintiff's counsel, Darius Wadia, has filed a Motion to Withdraw as Attorney (Dec. 14, 2015), Electronic Case Filing Docket Entry ("DE") #20.  Mr. Wadia has now informed the Court that his client, Arnel Dasrath, does not consent to the motion.  See Letter Pursuant to Electronic Order (Dec. 17, 2015), DE #21.  The Court hesitates to grant the motion, over plaintiff's objection, before plaintiff has secured a new attorney; the Court would prefer to stay the action for a reasonable period while Mr. Dasrath seeks new counsel.

      Accordingly, the Court directs plaintiff's counsel, after communicating with Mr. Dasrath, to confer with defense counsel about seeking a limited stay of discovery in anticipation of the filing of a stipulation of substitution of counsel.  Mr. Wadia shall file a request for a stay, or updated status report, by January 5, 2016.  Mr. Wadia's Motion to Withdraw is denied without prejudice.

      SO ORDERED.

Dated:    Brooklyn, New York
             December 18, 2015

                                                      /s/  *Roanne L. Mann*
                                                   **ROANNE L. MANN
                                                   UNITED STATES MAGISTRATE JUDGE**