UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
**ARNEL DASRATH,**

                **Plaintiff,**                      **ORDER TO SHOW CAUSE**

                -against-                         **15-CV-766 (AMD)**

**POLICE OFFICER JOHN DOE 1,**
**POLICE OFFICER JOHN DOE 2,**
**CITY OF NEW YORK,**

                **Defendants.**
------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

      In a motion filed on December 14, 2016, Darius Wadia, Esq., counsel of record for plaintiff Arnel Dasrath ("plaintiff"), sought permission to withdraw from his representation of plaintiff on the ground that he had accepted a position as a Senior Staff Attorney at the Brooklyn Defender Services and that his continued participation in the instant civil action is incompatible with his obligations to his criminal defense clients and his new employer. See Motion to Withdraw as Attorney (Dec. 14, 2015), Electronic Case Filing Docket Entry ("DE") #20.  In view of the fact that plaintiff had been unable to secure new counsel and therefore objected to Mr. Wadia's motion to withdraw, see Letter (Dec. 17, 2015), DE #21, the Court denied the motion without prejudice and stayed the action, in order to afford plaintiff additional time to locate substitute counsel.  See Order (Dec. 18, 2015), DE #22. Unfortunately, despite the passage of three months, plaintiff still has not retained a new attorney, and Mr. Wadia has now asked to renew his request to withdraw, over plaintiff's objection.  See Status Report (Mar. 16, 2016), DE #24.

      This case cannot continue to remain in a holding pattern.  By April 1, 2016, plaintiff

Dasrath is directed to show cause, in writing, with copies to Mr. Wadia and defense counsel, why, given his new employment situation, Mr. Wadia's motion to be relieved should not be granted. The Court notes that Mr. Wadia has agreed that he will not assert a retaining or charging lien, see Declaration of Darius Wadia (Dec. 14, 2015) ¶ 14, DE #20-1, and has thus removed what would otherwise be a significant impediment to plaintiff's ability to retain new counsel.

The Clerk is requested to docket this Order to Show Cause into the ECF court file and to mail a copy to plaintiff at the following address:

>   Arnel Dasrath
>   PO Box 1035
>   Mansfield, Massachusetts 02048

**SO ORDERED.**

**Dated:    Brooklyn, New York
           March 18, 2016**

/s/ *Roanne L. Mann*
**ROANNE L. MANN
CHIEF UNITED STATES MAGISTRATE JUDGE**