UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ARNEL DASRATH,

                Plaintiff,                      ORDER TO SHOW CAUSE

      -against-                                15-CV-766 (AMD)

POLICE OFFICER JOHN DOE 1,
POLICE OFFICER JOHN DOE 2,
CITY OF NEW YORK,
POLICE OFFICER NICHOLAS GUZMAN,
POLICE OFFICER KEVIN ERMANN,

                Defendants.
------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

      By Memorandum and Order dated April 25, 2016, this Court granted the motion of Darius Wadia, Esq. to withdraw from representing plaintiff Arnel Dasrath, as the Administrator of the Estate of Rexford Dasrath. See Memorandum and Order (Apr. 25, 2016), Electronic Case Filing Docket Entry ("DE") #27. As explained in that opinion, the Court could not determine from the record before it whether Arnel Dasrath, in his representative capacity, would be entitled to proceed *pro se*. See id. at 7-8. The Court set a deadline of May 25, 2016, for Arnel Dasrath to either retain new counsel and have that attorney file a notice of appearance, or, if he wished to proceed *pro se*, to demonstrate that he is the sole beneficiary of the estate and that the estate lacks creditors, and that he therefore should be permitted to represent the estate on a *pro se* basis. See id. at 8-9.

      The Court has heard nothing further from Arnel Dasrath. He is directed to show cause, in writing, by July 22, 2016, why the claims in this case should not be dismissed for lack of prosecution. Mr. Dasrath is warned that his failure to timely respond to this order will result

in a recommendation that the case be dismissed.[1]

The Clerk is requested to docket this Order to Show Cause into the ECF court file and to mail a copy to plaintiff at the following address:

> Arnel Dasrath
> P.O. Box 1035
> Mansfield, Massachusetts 02048

**SO-ORDERED.**

**Dated:** Brooklyn, New York
July 6, 2016

/s/ *Roanne L. Mann*
**ROANNE L. MANN**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

---

[1] Mr. Dasrath is encouraged to schedule an appointment with the Federal Pro Se Legal Assistance Clinic at the Brooklyn Federal Courthouse. The telephone number for scheduling an appointment is 212-382-4729.