July 28, 2016

P.O. Box 1035
Mansfield, MA 02048
(508) 415-3662

Hon. Chief Magistrate Judge Mann
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: <u>Dasrath v. City of New York</u>, 15 cv 766 (AMD) (RLM)

Dear Chief Magistrate Judge Mann:

I am the pro se plaintiff in the above-captioned case. I write to notify the Court of my compliance with the Court's July 6, 2016 Order to Show Cause.

On July 6, 2016, the Court ordered that, by July 22, I address in writing the following questions: (1) whether I am the sole beneficiary of the estate of Rexford Dasrath; (2) whether Rexford Dasrath's estate has any creditors; and (3) whether I wish to represent the estate pro se. I answered all three questions in a letter to the Court. (See Exhibit A.) On July 21, I sent by overnight UPS my letter to the Court. (See Exhibit B.) I tracked the envelope containing my letter, which UPS confirmed had been delivered to the courthouse at 10:42 am on Friday, July 22, 2016, in compliance with the Court's order. (See Exhibit C.)

I write today because I noticed that the docket in my case does not reflect my submission of my July 21, 2016 letter.

I respectfully request that the Court decline to recommend dismissal of my case for failure to prosecute. I wish to continue prosecuting my case, pro se, while I attempt to retain a new lawyer.

Respectfully submitted,

*Arnel Dasrath*
Arnel Dasrath
*Plaintiff, pro se*

cc:    Raju Sundaran, *Attorney for Defendants*
       New York City Law Dep't
       100 Church St.
       New York, NY 10007

ARNEL DASRATH,

        Plaintiff,                     Case Number: 15-CV-766(AMD)

-against

CITY OF NEW YORK,

        Defendant.

The Honorable Roanne L. Mann
Chief Magistrate Judge, United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Dear Judge Mann:

Per the court's recommendation dated July 6, 2016 that I schedule an appointment with the *Pro Se* office to establish that I am the sole beneficiary of Rexford Dasrath's estate and that I should be permitted to represent the estate, I wish to convey the following statements:

1) To the best of my knowledge, my former lawyer, Mr. Darius Wadia, already sought and received authorization from the Surrogates Court for me to proceed as the administrator of Rexford Dasrath's estate.

2) To the best of my knowledge, Rexford Dasrath's estate has no creditors.

3) An appointment with the federal *Pro Se* Legal Assistance Clinic at the Brooklyn Federal Courthouse has been scheduled for July 28, 2016 at 2:00 PM.

Because the deadline indicated in the court's letter of July 22, 2016 precedes the scheduled date of the *Pro Se* appointment, I am humbly asking the court to extend the deadline to after July 28, 2016, the date of the appointment with the *Pro Se* Legal Assistance Clinic. This will afford me a reasonable opportunity to consider my options and the pertinent facts relating to this case. It may also afford the court meaningful considerations in the outcome of this case.

I gratefully thank you in anticipation of your cooperation in this matter.

                                                            Yours Truly,

                                                            _____

                                                             Arnel Dasrath

**Shipment Receipt:    Page #1 of 1**
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
Thur 21 Jul 2016

EXPECTED DELIVERY DATE:
FRI 22 JUL 2016 8:30 AM

SHIP FROM:
A DASRATH
PO BOX 1035
Mansfield MA 02048
(508) 415-3662

SHIP TO:
CHIEF MAGISTRATE
HONORABLE JUDGE ROANNE MANN
225 CADMAN PLZ E
EASTERN DISTRICT OF NY
BROOKLYN NY 11201-1804
Business

SHIPPED THROUGH:
THE UPS STORE #3645
ATTLEBORO FALLS, MA 02763-1156
(508) 643-7333

SHIPMENT INFORMATION:
UPS Next Day Early Com
0.1 lbs actual wt
LTR Billed Weight
Carrier Letter

Tracking Number: 1z2X38X51504582048
Shipment ID: MMZ920YMWNC3G
Ship Ref 1: - -
Ship Ref 2: - -

DESCRIPTION OF GOODS:
DOCUMENTS

SHIPMENT CHARGES:
Next Day Early Com       57.25
Service Options           0.00
Fuel Surcharge            2.29
CMS Processing Fee        0.20

Total                   $59.74

COMPLETE ONLINE TRACKING: Enter this address in your web browser to track:
http://theupsstore.com (select Tracking, enter shipment ID #)        SHIPMENT
QUESTIONS? Contact SHIPPED THROUGH above.

CUSTOMER ACKNOWLEDGEMENT: I acknowledge and accept Terms & Conditions in force for tendering shipments through this location and certify that address, content and values provided for this shipment are accurate in all respects.

Signature:

ShipmentID: MMZ920YMWNC3G

Powered by iShip(r)
07/21/2016 11:40 AM Pacific Time N        The UPS Store

---

The UPS Store - #3645
11 ROBERT TONER BLVD, STE 5
NORTH ATTLEBORO, MA 02760
(508) 643-7333

07/21/16   02:40 PM

We are the one stop for all your
shipping, postal and business needs.

Store3645@theupsstore.com
Moving Boxes now on Sale!

001 001000 (001)              TO $  59.74
NDA Early AM
Tracking# 1Z2X38X51504582048
                          SubTotal $  59.74
                          Total    $  59.74

                          Cash     $ 100.00
                          Change   $  40.26-

Receipt ID 89910712899239888185 001 Items
CSH: Erica         Tran: 3213 Reg: 003

Wide Format Printing always available

Whatever your business and personal
needs, we are here to serve you.

We're here to help.
Join our FREE email program to receive
great offers and resources.

www.theupsstore.com/signup

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z2X38X51504582048 |
| **Service:** | UPS Next Day Air® Early |
| **Weight:** | .10 lb |
| **Shipped/Billed On:** | 07/21/2016 |
| **Delivered On:** | 07/22/2016 10:42 A.M. |
| **Delivered To:** | BROOKLYN, NY, US |
| **Received By:** | TAVAREZ |
| **Left At:** | Office |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 07/28/2016 3:09 P.M. ET

Print This Page                              Close Window