UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

**ARNEL DASRATH,** as the Administrator of the
Estate of Rexford Dasrath,

                      Plaintiff,                      **ORDER**

                   -against-                    15-CV-766 (AMD)

**THE CITY OF NEW YORK, et. al.,**

                      **Defendants.**
------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

      Plaintiff Arnel Dasrath is correct that his July 21st letter (attached as Exhibit A to his July 28th letter) had not independently been docketed into the court file and thus was not previously seen by the Court.  The July 21st letter does not specify whether his son Rexford Dasrath's estate has any other beneficiaries (for example, the decedent's mother).  <u>See</u> 4/25/16 Memorandum and Order at 8.  Arnel Dasrath is directed to supplement his July 21st letter with that information by August 10, 2016.

      **SO ORDERED.**

Dated:    Brooklyn, New York
            August 1, 2016

                                      /s/    *Roanne L. Mann*
                                      **ROANNE L. MANN**
                                      **CHIEF UNITED STATES MAGISTRATE JUDGE**