ARNEL DASRATH,

        Plaintiff,                     Case Number: 15-CV-766(AMD)

-against

CITY OF NEW YORK,

        Defendant.

The Honorable Roanne L. Mann
Chief Magistrate Judge, United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Dear Judge Mann:

Per the court's recommendation dated July 6, 2016 that I schedule an appointment with the *Pro Se* office to establish that I am the sole beneficiary of Rexford Dasrath's estate and that I should be permitted to represent the estate, I wish to convey the following statements:

1) To the best of my knowledge, my former lawyer, Mr. Darius Wadia, already sought and received authorization from the Surrogates Court for me to proceed as the administrator of Rexford Dasrath's estate.

2) To the best of my knowledge, Rexford Dasrath's estate has no creditors.

3) An appointment with the federal *Pro Se* Legal Assistance Clinic at the Brooklyn Federal Courthouse has been scheduled for July 28, 2016 at 2:00 PM.

Because the deadline indicated in the court's letter of July 22, 2016 precedes the scheduled date of the *Pro Se* appointment, I am humbly asking the court to extend the deadline to after July 28, 2016, the date of the appointment with the *Pro Se* Legal Assistance Clinic. This will afford me a reasonable opportunity to consider my options and the pertinent facts relating to this case. It may also afford the court meaningful considerations in the outcome of this case.

I gratefully thank you in anticipation of your cooperation in this matter.

                                                         Yours Truly,

                                                         Arnel Dasrath