UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ARNEL DASRATH, AS THE ADMINISTRATOR OF THE ESTATE OF REXFORD DASRATH,

                    Plaintiff,

       - against -

THE CITY OF NEW YORK; POLICE OFFICER NICHOLAS GUZMAN, IN HIS INDIVIDUAL CAPACITY, POLICE OFFICER KEVIN ERMANN, IN HIS INDIVIDUAL CAPACITY,

                    Defendants.

---

Civil Action No. 15-cv-00766-AMD-RLM

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Filko Prugo of O'Melveny & Myers LLP enters his appearance as counsel of record for Plaintiff Arnel Dasrath, as the Administrator of the Estate of Rexford Dasrath, in connection with the above-captioned matter.

Dated: September 15, 2016
       New York, New York

Respectfully submitted:

O'MELVENY & MYERS LLP

By: /s/ Filko Prugo
     Filko Prugo

Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2079
E-Mail: fprugo@omm.com

*Counsel for Plaintiff Arnel Dasrath, as the Administrator of the Estate of Rexford Dasrath*