UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
ARNEL DASRATH, AS THE ADMINISTRATOR OF THE
ESTATE OF REXFORD DASRATH,

                              Plaintiff,

      -against-                                   **15 CV 00766 (SJ)(RLM)**

THE CITY OF NEW YORK, et al.,                       **ECF CASE**

                              Defendants.
------------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Suzanne E. Aribakan hereby appears on behalf of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants The City of New York, Police Officer Nicholas Guzman and Police Officer Kevin Ermann effective this date.  Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated:  New York, New York
          September 15, 2016

                                          ZACHARY W. CARTER
                                          Corporation Counsel of the City of New York
                                          *for Defendants The City of New York, Guzman and Ermann*

                                          By:           /s/
                                                   Suzanne E. Aribakan
                                                   *Senior Counsel*
                                                    Special Federal Litigation Division
                                                    100 Church Street
                                                    New York, New York 10007
                                                    Tel:  212-356-2386
                                                    Fax:  212-356-1148

cc:  Filko Prugo, Esq. (By ECF)
      *Attorney for Plaintiff*