UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Arnel Dasrath, as the Administrator of the Estate of Rexford Dasrath,<br><br>                Plaintiff,<br><br>              -against-<br><br>The City of New York, Police Officer Nicholas Guzman, in his individual capacity, Police Officer Kevin Ermann, in his individual capacity,<br><br>              Defendants. | Index No. 15-cv-00766-AMD-RLM<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Moshe Mandel of O'Melveny & Myers LLP enters his appearance as counsel for Plaintiff Arnel Dasrath, as the Administrator of the Estate of Rexford Dasrath, in connection with the above-captioned matter.

Dated:  New York, New York
           February 7, 2017

Respectfully submitted:

O'MELVENY & MYERS LLP

By:   /s/Moshe Mandel
      Moshe Mandel
      O'MELVENY & MYERS LLP
      Times Square Tower
      7 Times Square
      New York, New York 10036
      Phone: (212) 326-2000
      Fax: (212) 326-2061

*Counsel for Plaintiff Arnel Dasrath, as the Administrator of the Estate of Rexford Dasrath*