UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARNEL DASRATH, AS THE ADMINISTRATOR OF THE ESTATE OF REXFORD DASRATH,<br><br>　　　　　　　　Plaintiff,<br><br>　- against -<br><br>THE CITY OF NEW YORK; POLICE OFFICER NICHOLAS GUZMAN, IN HIS INDIVIDUAL CAPACITY, POLICE OFFICER KEVIN ERMANN, IN HIS INDIVIDUAL CAPACITY,<br><br>　　　　　　　　Defendants. | Civil Action No. 15-cv-00766-AMD-RLM<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that Catherine Nagle of O'Melveny & Myers LLP enters her appearance as counsel of record for Plaintiff Arnel Dasrath, as the Administrator of the Estate of Rexford Dasrath, in connection with the above-captioned matter.

Dated: October 6, 2017
　　　　New York, New York

　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP

　　　　　　　　　　　　　　　　　　By: /s/ Catherine Nagle
　　　　　　　　　　　　　　　　　　　　　Catherine Nagle

　　　　　　　　　　　　　　　　　　Times Square Tower
　　　　　　　　　　　　　　　　　　7 Times Square
　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　Tel:  (212) 326-2000
　　　　　　　　　　　　　　　　　　Fax:  (212) 326-2079
　　　　　　　　　　　　　　　　　　E-Mail: cnagle@omm.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Arnel Dasrath, as the Administrator of the Estate of Rexford Dasrath*