

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | RICHARD BAHRENBURG<br>*Assistant Corporation Counsel*<br>Telephone: 212-356-2338<br>Facsimile: 212-356-3509<br>Email: rbahrenb@law.nyc.gov |

May 11, 2018

VIA ECF
The Honorable Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Arnel Dasrath, as Administrator of Estate of Rexford Dasrath v. City of New York, *et al.*
15 CV 766 (AMD)(RLM)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the Office of the Corporation Counsel of the City of New York and am currently assigned to defend this matter. For the reasons set forth below, the undersigned respectfully requests to be terminated as counsel of record from this docket.

As of May 14, 2018, the undersigned will no longer be employed at the New York City Law Department and will be joining the law firm Jackson Lewis P.C. As of May 14, 2018, the undersigned will have no involvement in this matter whatsoever and the defense of this matter will be handled by another attorney at the New York City Law Department. Accordingly, the undersigned respectfully requests to be terminated as counsel of record from this docket.

Thank you for your consideration herein.

Respectfully submitted,
/s/
Richard Bahrenburg
Assistant Corporation Counsel

cc:  Plaintiff's counsel
(Via *ECF*)